IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-CV-00023-CMA-NYW

DENNIS MURPHY, et al.,

      Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, et al.,

      Defendant.

---

**JOINT MOTION OF PLAINTIFFS AND DEFENDANTS TO ENTER AN ORDER OF DISMISSAL WITH PREJUDICE**

---

Comes now Plaintiffs and Defendants and jointly move this Court for an Order entering the attached dismissal with prejudice pursuant to FRCP 41(a)(2).

Respectfully submitted,

/s/ **Michael P. Foley**
Thomas M. Evans
Michael P. Foley
Rendigs, Fry, Kiely & Dennis, LLP
Cincinnati, Ohio 45202
Telephone: 513 381 9200
Facsimile: 513 381 9206

Attorneys for Defendant CATHOLIC
HEALTH INITIATIVES COLORADO, et al.

1

**(s) Adrian O. Vega**
Adrian O. Vega, Esq.
Robert Ortiz, Esq.
Jeffrey S. Trespel, Esq.
WILL FERGUSON & ASSOCIATES
1720 Louisiana Blvd., NE, Suite 100
Albuquerque, NM 87110
Tel.: 505-243-5566
Fax: 505-243-5699
Attorneys for Plaintiffs

**(s) Jameson B. Carroll**
Jameson B. Carroll, Esq.
Michael Weiss, Esq.
Carroll & Weiss, LLP
1819 Peachtree Rd., Ste. 104
Atlanta, GA 30309
Attorneys for Defendant, Olympus America, Inc.

**(s) Mark A. Stinnett**
Mark A. Stinnett, Esq.
Stinnett & Masters LLP
2 North Cascade Ave., Ste. 500
Colorado Springs, CO 80903
Attorney for Defendant,
Holly Munnis Meunier

**(s) J. Stephen Mullen**
J. Stephen Mullen
Retherford, Mullen & Moore, LLC
2925 Professional Place, Suite 202
Colorado Springs, CO 80904
Attorney for Defendant, Richard A. Brown, M.D.

**(s) Isobel S. Thomas**
Isobel S. Thomas, Esq.
Matthew R. Laird, Esq.
BOGUE, PAOLI & THOMAS, LLC
1401 17th Street, Suite 320
Denver, CO 80202
Tel: 303-382-1990
Fax: 303-382-1982
Attorneys for Plaintiffs

**(s) Michael E. McLachlan**
Michael E. McLachlan
P.O. Box 4063
Durango, CO 81302
Attorney for Defendant, Olympus America, Inc.

**(s) D. Scott Rendleman**
D. Scott Rendleman, Esq.
Martha C. Ferris, Esq.
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Attorneys for Defendant, Michael W. Johnson, D.D.S., D.M.D., M.D.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

Civil Action No.: 1:15-CV-00023-CMA-NYW    Judge Christine M. Arguello

DENNIS MURPHY, et al.,    Magistrate Judge Nina Y. Wang

PLAINTIFFS

vs.

CATHOLIC HEALTH INITIATIVES COLORADO, et al.

DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

It is hereby ordered and adjudged this matter be dismissed in its entirety as to all claims as to all Defendants with prejudice to future action pursuant to FRCP 41 (a) (2). The parties shall bear their own costs.

**SO ORDERED:**

_____
Judge Christine M. Arguello

*(s) Adrian O. Vega* per email auth 9/10/15
Adrian O. Vega, Esq.
Robert Ortiz, Esq.
Jeffrey S. Trespel, Esq.
WILL FERGUSON & ASSOCIATES
1720 Louisiana Blvd., NE, Suite 100
Albuquerque, NM 87110
Tel.: 505-243-5566
Fax: 505-243-5699
*Attorneys for Plaintiffs*

*(s) Isobel S. Thomas* per email auth 9/10/15
Isobel S. Thomas, Esq.
Matthew R. Laird, Esq.
BOGUE, PAOLI & THOMAS, LLC
1401 17th Street, Suite 320
Denver, Colorado 80202
Tel.: (303) 382-1990
Fax: (303) 382-1982
*Attorneys for Plaintiffs*

RFKD\12998\00001\1399276.v1-9/10/15

**(s) Thomas M. Evans**
Thomas M. Evans, Esq.
Michael P. Foley, Esq.
383 Inverness Parkway, Suite 280
Englewood, Colorado 80112
Tel.: 513-381-9200 / Fax: 513-381-9206
TME@rendigs.com; MPF@rendigs.com
*Counsel for Defendant, Catholic Health Initiatives Colorado d/b/a Centura Health – Mercy Regional Medical Center of Durango*

**(s) Michael E. McLachlan** per email auth 9/8/15
Michael E. McLachlan
Law Offices of Michael E. McLachlan, PC
P.O. Box 4063
Durango, CO 81302
*Attorney for Defendant, Olympus America, Inc.*

**(s) Jameson B. Carroll** per email auth 8/24/15
Jameson B. Carroll, Esq.
Michael Weiss, Esq.
Carroll & Weiss, LLP
1819 Peachtree Rd., Ste. 104
Atlanta, GA 30309
*Attorneys for Defendant, Olympus America, Inc.*

**(s) D. Scott Rendleman** per email auth. 8/24/15
D. Scott Rendleman, Esq.
Martha C. Ferris, Esq.
Gordon & Rees, LLP
555 17th Street, Ste. 3400
Denver, CO 80202
*Attorneys for Defendant, Michael W. Johnson, D.D.S., D.M.D., M.D.*

**(s) Mark A. Stinnett** per email auth 8/24/15
Mark A. Stinnett, Esq.
Stinnett & Masters LLP
2 North Cascade Ave., Ste. 500
Colorado Springs, CO 80903
*Attorney for Defendant, Holly Munnis Meunier*

**(s) J. Stephen Mullen** per email authority 8/24/15
J. Stephen Mullen, Esq.
Retherford, Mullen & Moore, LLC
2925 Professional Place, Ste. 202
Colorado Springs, CO 80904
*Attorneys for Defendant, Richard A. Brown, M.D.*

1399276.1