**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00023-CMA-NYW

DENNIS MURPHY, as personal representative of the Estate of Larry W. Henderson,
SUSAN E. HENDERSON,
CHRISTOPHER H. HENDERSON,
KIMBERLY N. HENDERSON

      Plaintiffs,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Centura Health-Mercy Regional Medical Center of Durango,
RICHARD A. BROWN,
MICHAEL W. JOHNSON,
HOLLY MUNNIS MEUNIER,
OLYMPUS MEDICAL SYSTEMS CORPORATION, and
OLYMPUS AMERICA, INC.,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Joint Motion of Plaintiffs and Defendants to Enter an Order of Dismissal With Prejudice (Doc. # 56), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

      DATED:  September 16, 2015      BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge